UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
PALM BEACH DIVISION

CASE NO.: _____

ADAM SCHEIDT and PATRICK )
MCGOVERN, )
 )
       Plaintiffs, )
v. )
 )
BL RESTAURANT OPERATIONS, LLC )
d/b/a BAR LOUIE, )
 )
       Defendant. )
 )

## NOTICE OF REMOVAL OF CIVIL ACTION

Pursuant to 28 U.S.C. § 1446, Defendant, BL Restaurant Operations, LLC, d/b/a Bar Louie ("Bar Louie"), hereby invokes the jurisdiction of this Court under 28 U.S.C. §§ 1331 and 1441, and states the following grounds for removal of this case from the Circuit Court in and for Palm Beach County, Florida to the United States District Court for the Southern District of Florida:

REMOVAL JURISDICTION

1. This Court has original jurisdiction over this action because it involves a claim alleging violation of federal law.

TIMELINESS OF REMOVAL

2. On December 15, 2016, Plaintiffs, Adam Scheidt and Patrick McGovern ("Plaintiffs") commenced a civil action against Bar Louie, by filing a Complaint in the Circuit Court of the Fifteenth Judicial Circuit in and for Palm Beach County, Florida, Case No. 50-2016-CA-013945. A true and correct copy of the Complaint is within the state court file, a true and

correct copy of which is filed herewith as Exhibit A. Plaintiffs filed their Amended Complaint on February 1, 2017. A true and correct copy of the Amended Complaint is within Composite Exhibit A.

3. On March 3, 2017, Bar Louie, through undersigned counsel, waived service of process. A copy of the letter through which service of process was waived is attached hereto as Exhibit B.

4. Bar Louie has not served any answer or responsive pleading to Plaintiff's Complaint or made any appearance or argument before the Circuit Court in this matter.

5. This Notice is filed with this Court within thirty (30) days after Bar Louie waived service of process. This Notice is filed before any proceedings were had thereupon in the Circuit Court. This removal is timely pursuant to 28 U.S.C. § 1446(b).

6. In accordance with 28 U.S.C. § 1446(a), true and correct copies of the court filings in this matter are attached hereto as Exhibit A.

7. A removal is not proper unless "all defendants who have been properly joined and served . . . consent to the removal of the action." 28 U.S.C. § 1446(b)(2)(A). Bar Louie is the only named defendant in this action.

8. Pursuant to 28 U.S.C. § 1446(d), Bar Louie will provide promptly written notice of the removal to all adverse parties in this action.

## FEDERAL QUESTION JURISDICTION

9. This Court has original jurisdiction in this action pursuant to 28 U.S.C. § 1331 because Plaintiffs allege violations of the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq*. See Amended Complaint, Counts I (Unpaid Overtime Wages).

## VENUE

10. Venue lies in this Court pursuant to 28 U.S.C. §§ 1441(a) and 1446(a).

11. Bar Louie submits this Notice of Removal without waiving any defenses or affirmative defenses to the claims asserted by Plaintiffs or conceding that Plaintiff has pled claims upon which relief can be granted.

12. Contemporaneously with this filing, Bar Louie is also filing a Notification of Removal with the Clerk of the Court for the Circuit Court of the Fifteenth Judicial Circuit in and for Palm Beach County, Florida, as required by 28 U.S.C. § 1446(d). A true and accurate copy of the Notification of Removal is attached as Exhibit C.

WHEREFORE, Defendant, BL Restaurant Operations, LLC, d/b/a Bar Louie, respectfully requests this action be removed from the Circuit Court of the Fifteenth Judicial Circuit in and for Palm Beach County.

DATED this 24th day of March, 2017.

Respectfully submitted,

JACKSON LEWIS P.C.
390 N. Orange Avenue, Suite 1285
Orlando, Florida 32801
Telephone: (407) 246-8440
Facsimile: (407) 246-8441

By: */s/ Tasos C. Paindiris*
    Tasos C. Paindiris
    Florida Bar No. 41806
    tasos.paindiris@jacksonlewis.com

    Jesse I. Unruh
    Florida Bar No. 0093121
    jesse.unruh@jacksonlewis.com

Attorneys for Defendant - BL RESTAURANT OPERATIONS, LLC d/b/a BAR LOUIE

## **CERTIFICATE OF SERVICE**

       I HEREBY CERTIFY that on this 24th day of March, 2017, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system.  I also certify that the foregoing document is being served this day on Gregg I. Shavitz, Esq., Shavitz Law Group, PA, 1515 South Federal Highway, Suite 404, Boca Raton, FL  33432 via transmission of Notice of Electronic Filing generated by CM/ECF, Electronic Mail and U.S. Mail.

                                                */s/ Tasos C. Paindiris*
                                                 Tasos C. Paindiris

4824-5549-1909, v.  1

4