UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.:  9:17-cv-80384-RLR

ADAM SCHEIDT and PATRICK )
MCGOVERN, )
 )
       Plaintiffs, )
v. )
 )
BL RESTAURANT OPERATIONS, LLC )
d/b/a BAR LOUIE, )
 )
       Defendant.

### DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFFS' AMENDED COMPLAINT

Defendant, BL RESTAURANT OPERATIONS, LLC d/b/a BAR LOUIE ("Defendant"), by and through its undersigned counsel and pursuant to Fed. R. Civ. P. 6 and Local Rule 7.1(a)(3), hereby files this Unopposed Motion for Enlargement of Time for Defendant to Respond to Plaintiffs' Amended Complaint, and in support states as follows:

1. On March 24, 2017, Defendant timely removed this case from the Fifteenth Judicial Circuit in and for Palm Beach County, Florida to this Court.

2. Pursuant to Fed. R. Civ. P. 81(c)(2)(C), an answer or responsive pleading is due to be filed by Defendant on or before Friday March 31, 2017.

3. Prior to the removal, on March 3, 2017, Defendant waived service of process, and accepted delivery of the Amended Complaint. In discussions between Plaintiffs' counsel and Defendant's counsel, the parties agreed that Defendant would have fifteen (15) days following removal to answer or otherwise respond to the Amended Complaint. (*See* Doc. 1-3 at 2).

4. In order to fully investigate and evaluate Plaintiffs' claims and prepare proper responses, Defendant and its counsel respectfully request an enlargement of time through and including April 10, 2017,[1] to respond to Plaintiffs' Complaint.

5. This action purports to be a collective action and involves allegations relating to employees of Defendant that could potentially encompass all of Defendant's restaurant locations and potentially involves hundreds of employees. While Defendant asserts that collective treatment is not appropriate in this case, it believes the additional time agreed upon by the parties to respond to the Amended Complaint will be instrumental in investigating the claims so as to answer or otherwise respond to the Amended Complaint.

6. When an act may or must be done within a specified time, the court may, for good cause, extend the time, with or without motion or notice, if the request is made before the original time or its extension expires. *See* Fed. R. Civ. P. 6(b).

7. Defendant respectfully suggests that good cause has been shown for the requested enlargement.

8. This enlargement is being requested in good faith and not for the purposes of delay. Neither party will be prejudiced by the granting of the relief sought herein.

9. Pursuant to Local Rule 7.1(a)(2) a proposed order granting the requested relief is attached hereto as Exhibit "A."

WHEREFORE, Defendant respectfully requests that this Honorable Court enter an order GRANTING Defendant an enlargement of time through Monday, April 10, 2017, to respond to Plaintiffs' Amended Complaint.

---

[1] April 10, 2017 is the first weekday after the expiration of the parties' agreed upon period of fifteen (15) days.

## **LOCAL RULE 7.1(a)(3) CERTIFICATE**

Counsel for Defendant has conferred with counsel for Plaintiffs who have no objection to the relief requested.

DATED this 29th day of March, 2017.

                        Respectfully submitted,

                        JACKSON LEWIS P.C.
                        390 N. Orange Avenue, Suite 1285
                        Orlando, Florida 32801
                        Telephone:  (407) 246-8440
                        Facsimile:  (407) 246-8441

                        By:   */s/ Jesse I. Unruh*
                              Tasos C. Paindiris
                              Florida Bar No. 41806
                              tasos.paindiris@jacksonlewis.com

                              Jesse I. Unruh
                              Florida Bar No. 0093121
                              jesse.unruh@jacksonlewis.com

                        Attorneys for Defendant - BL RESTAURANT OPERATIONS, LLC d/b/a BAR LOUIE

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 29th day of March, 2017, the foregoing was electronically filed with the Clerk of the Court by using Florida Courts E-filing Portal, which will send a notice of electronic filing to: Gregg I. Shavitz, Esq., Shavitz Law Group, PA, 1515 South Federal Highway, Suite 404, Boca Raton, FL  33432

*/s/ Jesse I. Unruh*
Jesse I. Unruh

4827-2316-6021, v. 1